UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUSIC L.A.A INC DBA
LAA MUSIC, ET. AL.,
Plaintiffs,
v.

ONER ACTIVE USA LLC,
Defendant.
_________________________________/

Case No. 26-13928
Hon. F. Kay Behm

**ORDER REGARDING LOCAL COUNSEL**

Any attorney appearing as attorney of record in the district court, who is a member of the bar of this court and is not an active member of the State Bar of Michigan, must promptly specify a member of the bar of this court with an office in the district as local counsel. *See* E.D. Mich. LR 83.20(f). The Court cautions counsel that proceeding in the case while failing to specify local counsel or to obtain an exception from the local rule may result in appropriate sanctions. *See id.*; E.D. Mich. LR 11.1.

**SO ORDERED.**

Dated: November 25, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge